MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES LUA,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01594-JDP<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF. |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from August 8, 2019 to **September 27, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out in late June and early July to take care of her elderly mother, who had two surgeries. In addition, Counsel was subsequently hospitalized in early July due to her own health issues. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-September, and three pending Ninth Circuit matters which require multiple levels of review. Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Opening Brief. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: August 1, 2019        */s/ Jonathan Pena*
                             (*as authorized by email on August 1, 2019)
                             JONATHAN PENA
                             Attorney for Plaintiff

Dated: August 1, 2019        MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                    By       /s/ Tina L. Naicker
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

## **ORDER**

APPROVED.

IT IS SO ORDERED.

Dated:  August 2, 2019                         _____
                                               UNITED STATES MAGISTRATE JUDGE

No. 205