UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES LUA,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:18-cv-01594-JDP<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 16 |

  Defendant's motion for extension of time, ECF No. 16, is granted. Defendant shall have until close of business on October 8, 2019, to respond to plaintiff's opening brief. Further extensions will not be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:  September 30, 2019        _____
                    UNITED STATES MAGISTRATE JUDGE

No. 205

1