UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES LUA,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:18-cv-01594-JDP<br><br>ORDER GRANTING DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 18 |

    Defendant's third motion for extension of time, ECF No. 18, is granted. Defendant shall have until close of business on October 16, 2019, to respond to plaintiff's opening brief.

    I do not anticipate granting further extensions and I do not look forward to additional last-minute requests.

IT IS SO ORDERED.

Dated:   October 9, 2019                        /s/ Jeremy Peterson
                                                                    UNITED STATES MAGISTRATE JUDGE