UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES LUA,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:18-cv-01594-JDP<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO ACCEPT A LATE BRIEF<br><br>ECF No. 21 |

After multiple requests for an extension of time, *see* ECF Nos. 14, 16, and 18, defendant has missed the deadline to file a brief by almost a month and petitions the court to accept a late brief, *see* ECF No. 21. While I am not pleased to see such disregard for court deadlines, I have an obligation to favor resolution on the merits. I therefore reluctantly accept defendant's late brief. Plaintiff shall have fifteen days from the date of this order to file a reply brief, if needed.

IT IS SO ORDERED.

Dated:   November 17, 2019                         /s/ Jeremy Peterson
                                                                           UNITED STATES MAGISTRATE JUDGE